Prem Chand LAL; Rachael
Pushpanjali Lal; Naveel
Lal, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–72882.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed: March 30, 2011.

Charles E. Nichol, Law Offices of
Charles E. Nichol, San Francisco, CA, for
Petitioners.

Susan Bennett Green, Trial, Thankful
Townsend Vanderstar, U.S. Department of
Justice, Washington, DC, Chief Counsel
Ice, Office of the Chief Counsel Depart-
ment of Homeland Security, San Francis-
co, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and
BYBEE, Circuit Judges.

MEMORANDUM **

Prem Chand Lal, Rachael Pushpanjali
Lal, and Naveel Lal, natives and citizens of
Fiji, petition for review of the Board of
Immigration Appeals' order dismissing
their appeal from an immigration judge's
decision denying their application for asy-
lum, withholding of removal, and protec-
tion under the Convention Against Torture
("CAT"). We have jurisdiction under 8
U.S.C. § 1252. We review for substantial
evidence, *Nahrvani v. Gonzales,* 399 F.3d
1148, 1151 (9th Cir.2005), and we deny the
petition for review.

Substantial evidence supports the agen-
cy's conclusion that petitioners' experi-
ences in Fiji, including stoning of the
family home, and a beating and robbery
suffered by Prem Chand Lal in 1987, did
not constitute persecution. *See Hoxha v.
Ashcroft,* 319 F.3d 1179, 1182 (9th Cir.
2003); *Prasad v. INS,* 47 F.3d 336, 339–
40 (9th Cir.1995). Further, substantial
evidence supports the agency's conclusion
that petitioners failed to establish they
have a well-founded fear of persecution.
*See Nahrvani,* 399 F.3d at 1154; *see also
Aruta v. INS,* 80 F.3d 1389, 1395–96 (9th
Cir.1996) (record evidence did not compel
finding that petitioner's fear of future
persecution was objectively reasonable).
Accordingly, petitioners' asylum claim
fails.

Because petitioners failed to demon-
strate they were eligible for asylum, they
necessarily failed to satisfy the more strin-
gent standard for withholding of removal.
*See Nahrvani,* 399 F.3d at 1154.

Substantial evidence also supports the
agency's denial of CAT relief because peti-
tioners failed to establish it is more likely
than not they would be tortured if re-
turned to Fiji. *See id.*

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.